**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| William Eugene Wedemeyer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING** |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | |
| | ) | |
| City of Williston unknown transport officers, | ) | |
| County of Williams Sheriff Department, | ) | |
| State of North Dakota Department of | ) | Case No. 1:07-cv-033 |
| Corrections and Rehabilitation, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, William Eugene Wedemeyer, filed this pro se civil rights action under 42 U.S.C. § 1983 on April 24, 2007. Magistrate Judge Charles S. Miller, Jr. conducted an initial review of Wedemeyer's complaint as mandated by 28 U.S.C. § 1915A. On June 7, 2007, Judge Miller submitted a Report and Recommendation. Judge Miller recommended that Wedemeyer's claims of deliberate indifference and forced medication be dismissed without prejudice for failure to state cognizable claims under 42 U.S.C. § 1983. Wedemeyer was then given fifteen (15) days to file an objection to the Report and Recommendation.

On June 21, 2007, Wedemeyer filed a response and objection to the Report and Recommendation. See Docket No. 9. Wedemeyer states that he will not pursue his claims of forced medication, but states that he does "wish to proceed pro se and informa paprus (sic) against any and all actionable defendants under 1983 civil rights for deliberate indifference and unsafe policies and procedures." See Docket No. 9.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record and finds the Report and Recommendation to be persuasive. The Court **ADOPTS** the Report and Recommendation (Docket No. 8) in its entirety. As a result, Wedemeyer's

1

application to proceed *in forma pauperis* (Docket No. 3) is denied, and Wedemeyer's claims are

**DISMISSED** without prejudice.

      **IT IS SO ORDERED.**

      Dated this 26th day of June, 2007.

                  */s/  Daniel L. Hovland*
                  Daniel L. Hovland, Chief Judge
                  United States District Court